| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DMITRIY ZAKHAROV, | ) | |
| Plaintiff, | ) | No. C 06-4952 MJJ |
| v. | ) | |
| DEPARTMENT OF HOMELAND SECURITY; *et al.* | ) | **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about August 16, 2006, and served Defendants' counsel on September 7, 2006. Accordingly, Defendants' Answer is currently due on October 24, 2006.

2. Pursuant to this Court's August 16, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 7, 2006, and attend a case management conference on November 14, 2006.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to briefly extend the dates in the Court's scheduling order as follows:

STIP TO EXT TIME
C 06-4952 MJJ

| | | |
|---|---|---|
| 1 | Last day to file Joint ADR Certification: | November 7, 2006 |
| 2 | Last day to file/serve Joint Case Management Statement: | November 21, 2006 |
| 3 | Case Management Conference: | November 28, 2006 |

Dated: October 25, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 25, 2006

/s/
GERI N. KAHN
MONICA KANE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/3/2006

MARTIN J. JENKINS
United States District Judge

STIP TO EXT TIME
C 06-4952 MJJ