United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  DMITRIY ZAKHAROV,                        No. C 06-4952 MEJ
12          Plaintiff(s),
13    vs.                                    **NOTICE OF REFERRAL**
14  DEPT OF HOMELAND SECURITY, et al.,       **ORDER FOR PARTIES TO FILE JOINT STATEMENT RE: REMAND**
15          Defendant(s).
16                                       /
17

18 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      Pursuant to 28 U.S.C. 636(b)(1)(B), this matter has been referred to Judge Maria-Elena
20 James for all purposes including trial and entry of judgment.  All future filings shall reflect the
21 initials "MEJ" after the case number, as designated above.  Please conform your filings accordingly.
22 The Northern District of California Revised Civil Local Rules shall apply to this case, and the
23 parties shall comply with Judge James' standing order regarding discovery and dispute procedures, a
24 copy of which may be obtained from the Northern District of California's website at
25 http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,
26 then choose Magistrate Judge James.

27      When filing papers that require the Court to take any action (e.g. motions, meet and confer
28 letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge

1 with chambers a printed copy of the papers by noon of the next court day following the day the
2 papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be
3 submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the
4 case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document
5 with the Clerk's Office that has already been filed electronically.

Upon review of the parties Joint Case Management Statement, it appears that the most expedient resolution of this matter would be to remand the case with a deadline by which USCIS must adjudicate plaintiff's naturalization application.  Accordingly, the Court ORDERS the parties to meet and confer for the purpose of reaching an agreement regarding remand.  If the parties reach an agreement, they shall file a proposed order of remand, including a deadline for USCIS.  If the parties are unable to reach an agreement, they shall file an updated joint case management statement and the case shall proceed in this Court.

**IT IS SO ORDERED.**

Dated: December 12, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2