KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY ZAKHAROV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY; ) <br> *et al.*, ) <br> ) <br> Defendants. ) | No. C 06-4952 MEJ <br><br> STIPULATION FOR REMAND and <br> [PROPOSED] ORDER |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that this action be remanded pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-400") within 45 days after approval of this stipulation by the Court.

Dated: December 15, 2006          Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney


                                  _____/s/_____
                                  ILA C. DEISS
                                  Assistant United States Attorney
                                  Attorney for Defendants

Stip. for Remand
C06-4952 MEJ                               1

Date: December 15, 2006        /s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 18, 2006



Stip. for Remand
C06-4952 MEJ      2